JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE DUNN, | CV 20-11570 PA (SKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| COSTCO WHOLESALE CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Court's January 13, 2021 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 13, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE